

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-12-2012

# Fitzroy Gerald Green v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 11-3732

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"Fitzroy Gerald Green v. Atty Gen USA" (2012). *2012 Decisions.* Paper 360.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/360

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 14, 2012

No. 11-3732

FITZROY GERALD GREEN,
                                        Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA,
                                                    Respondent
(Agency No.  BIA-1: A099-232-461 )


Present:  RENDELL, SMITH and BARRY, Circuit Judges

    1. Motion filed by the Respondent to publish opinion dated 7/13/12.

    2. Response in Opposition to Motion to Publish filed by Petitioner.

                                        Respectfully,
                                        Clerk/trg

_____ORDER_____
The foregoing motion is GRANTED.

                                        By the Court,

                                        **/s/Maryanne Trump Barry**
                                        Circuit Judge

Dated:    September 12, 2012
trg/cc:        Elissa C. Steglich, Esq.
               Amelia Wilson, Esq.
               Jason Wisecup, Esq.